| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Hall, Cynthia H. | 2. Court or Organization<br><br>Ninth Circut Court of Appeals | 3. Date of Report<br><br>04/27/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Senior U.S. Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ✓ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>125 S. Grand Avenue, Suite 603<br>Pasadena, CA 91105 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✓ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✓ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |



Hall, Cynthia H.

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Cynthia H. | 04/27/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Cynthia H. | 04/27/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. TD AMERITRADE | MARGIN TRADING ACCOUNT | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Cynthia H. | 04/27/2010 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. LBO INVESTMENT PARTNERSHIP | A | Interest | K | T | | | | | |
| 2. BANK OF AMERICA | A | Interest | J | T | | | | | |
| 3. BREITBURN ENERGY CO | A | Royalty | J | W | | | | | |
| 4. IRA AMERITRADE (AGGREGATED) | C | Int./Div. | K | T | | | | | Note #1 on Part VIII |
| 5. -MONEY MARKET FUND | | | | | Redeemed | 06/02/09 | J | | Note #1 on Part VIII |
| 6. -PUBLIC STORAGE INC | | | | | | | | | Note #1 on Part VIII |
| 7. -SOVRAN SELF STORAGE INC | | | | | | | | | Note #1 on Part VIII |
| 8. -NUVEEN MULTI-STRAT INC | | | | | | | | | Note #1 on Part VIII |
| 9. -PREFERRED PLUS TRUST | | | | | | | | | Note #1 on Part VIII |
| 10. -NUVEEN QUALITY PREFERRED INC | | | | | | | | | Note #1 on Part VIII |
| 11. -VANGUARD INTERM TERM TREASURY FUND | | | | | Buy | 06/15/09 | J | | Note #1 on Part VIII |
| 12. -INSURED DEPOSIT ACCOUNT (X) | | | | | | | | | Note #1 on Part VIII |
| 13. AMERICAN FUNDS NEW PERSPECTIVE A | C | Dividend | N | T | Sold (part) | 8/13/09 | M | E | |
| 14. | | | | | Buy (add'l) | 12/23/09 | J | | |
| 15. AMERICAN FUNDS FUNDAMENTAL INVESTORS A | D | Dividend | O | T | Buy (add'l) | 02/24/09 | J | | |
| 16. | | | | | Buy (add'l) | 05/28/09 | J | | |
| 17. | | | | | Sold (part) | 08/13/09 | N | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Cynthia H. | 04/27/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mun/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 8/18/09 | J | | |
| 19. | | | | | Buy (add'l) | 12/16/09 | J | | |
| 20. AMERICAN FUNDS EURO PACIFIC GROWTH A | D | Dividend | N | T | Sold (part) | 8/13/09 | M | E | |
| 21. | | | | | Buy (add'l) | 12/28/09 | J | | |
| 22. MONEY MARKET (Ameritrade) (X) | A | Interest | | | Redeemed | 12/30/09 | K | | |
| 23. EZCHIP SEMICONDUCTOR LTD | | None | J | T | | | | | |
| 24. ALCOA | A | Dividend | | | Sold | 12/1/09 | J | | |
| 25. VANGUARD CALIF TAX FREE - INSD L TRM | E | Dividend | P1 | T | Buy (add'l) | 8/14/09 | O | | |
| 26. VANGUARD CALIF TAX FREE - CALIF MONEY MKT | A | Dividend | M | T | | | | | |
| 27. CITIGROUP INC COM | A | Dividend | J | T | | | | | |
| 28. ACACIA RESEARCH CORP (Ameritrade) | | None | K | T | | | | | |
| 29. WELLS FARGO ADVANTAGE FDS CA TX-FREE MONEY MARKET | A | Dividend | | | Buy (add'l) | 1/05/09 | J | | |
| 30. | | | | | Sold (part) | 1/07/09 | M | | |
| 31. | | | | | Buy (add'l) | 2/3/09 | J | | |
| 32. | | | | | Buy (add'l) | 3/3/09 | J | | |
| 33. | | | | | Buy (add'l) | 4/2/09 | J | | |
| 34. | | | | | Buy (add'l) | 5/4/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Cynthia H. | 04/27/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 5/15/09 | L | | |
| 36. | | | | | Buy (add'l) | 6/2/09 | J | | |
| 37. | | | | | Buy (add'l) | 7/2/09 | J | | |
| 38. | | | | | Buy (add'l) | 8/4/09 | J | | |
| 39. | | | | | Buy (add'l) | 9/2/09 | J | | |
| 40. | | | | | Sold | 9/11/09 | K | | |
| 41. WATERSIDE PARTNERS | C | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Cynthia H. | 04/27/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

#1) On part VII, the dividends and market value for all cash and securities of lines 5 (MONEY MARKET FUND), 6 (PUBLIC STORAGE INC), 7 (SOVRAN SELF STORAGE INC), 8 (NUVEEN MULTI-STRAT INC), 9 (PREFERREDPLUS TRUST), 10 (NUVEEN QUALITY PREFERRED INC), 11 (VANGUARD INTERM TERM TREASURY FUND) and 12 (INSURED DEPOSIT ACCOUNT) are presented in aggregate under line 4 (IRA AMERITRADE AGGREGATE).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544